Joshua Briones (SBN 205293)
jbriones@mintz.com
E. Crystal Lopez (SBN 296297)
eclopez@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY
  AND POPEO P.C.
Century Plaza Towers
2029 Century Park East Suite 1370
Los Angeles, CA 90067
Telephone:  310-586-3200
Facsimile:   310-586-3202

Claire C. Newland (SBN 301017)
ccnewland@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY
  AND POPEO P.C.
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: 415-432-6000
Facsimile:   415-432-6001

Attorneys for Defendant
Yelp Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN SAPAN, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>YELP INC., a Delaware Corporation,<br><br>Defendant. | Case No.  3:17-cv-03240-JD<br><br>The Honorable James Donato<br>Courtroom 11<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANAGEMENT CONFERENCE AND ADR PHONE CONFERENCE DUE TO ILLNESS**<br><br>Complaint Filed:  June 6, 2017 |

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND
ADR PHONE CONFERENCE – CASE NO. 3:17-cv-03240-JD

1 | Plaintiff JONATHAN SAPAN and Defendant YELP INC. (collectively, the "Parties"), through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff JONATHAN SAPAN ("Plaintiff") filed the Complaint on June 6, 2017 and served it on Defendant YELP INC. ("Yelp") on or about June 14, 2017;

WHEREAS, on June 6, 2017, the Court issued an order setting case management deadlines and the Parties have filed the following documents accordingly:

1. The Parties met and conferred pursuant to Federal Rules of Civil Procedure, Rule 26(f). on August 17, 2017;
2. Yelp filed its ADR Certification on August 30, 2017 and Plaintiff filed its ADR Certification on September 1, 2017;
3. The Parties filed their Joint Case Management Statement on September 1, 2017;
4. The Parties filed the Notice of Need for ADR Conference on September 1, 2017;
5. Plaintiff filed an unopposed Motion to Appear by Telephone for Case Management Conference on September 1, 2017; and
6. The Court set the ADR Phone Conference on September 6, 2017 at 1:30 pm.

WHEREAS, Yelp's counsel, Claire C. Newland, is unable to attend the ADR Phone Conference on September 6, 2017 and Case Management Conference of September 7, 2017 due to a relapse of clostridium difficile colitis.

WHEREAS, good cause exists for this Stipulation and Proposed Order to continue the current case management conference.

///
///
///
///
///
///
///

-1-
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ADR PHONE CONFERENCE– CASE NO. 3:17-cv-03240-JD

WHEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

That the Case Management Conference currently scheduled for September 7, 2017 be continued to September 21, 2017 at 10:00 a.m. That the ADR Phone Conference currently scheduled for September 6, 2017 be continued to September 20, 2017 at 1:30 p.m.

**IT IS SO STIPULATED.**

Dated: September 5, 2017  Respectfully submitted,

PRATO & REICHMAN, APC

*/s/ Christopher J. Reichman*
By: CHRISTOPHER J. REICHMAN

Attorneys for Plaintiff
Jonathan Sapan

Dated: September 5, 2017  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

*/s/ Claire C. Newland*
By: JOSHUA BRIONES
E. CRYSTAL LOPEZ
CLAIRE C. NEWLAND

Attorneys for Defendant
Yelp Inc.

## ATTESTATION REGARDING SIGNATURES

I, Claire C. Newland, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 5, 2017                    By  */s/ Claire C. Newland*
                                                CLAIRE C. NEWLAND

| | |
|---|---|
| 1 | **ORDER** |
| 2 | THE COURT, having considered the Stipulation of the Parties and good cause appearing, |
| 3 | orders as follows: |
| 4 | The Case Management Conference currently scheduled for September 7, 2017 is hereby |
| 5 | vacated and continued to September 21, 2017 at 10:00 a.m. The ADR Phone Conference currently |
| 6 | scheduled for September 6, 2017 is hereby vacated and continued to September 20, 2017 at 1:30 |
| 7 | p.m. |
| 9 | **IT IS SO ORDERED.** |
| 11 | Dated: _____, 2017 |
| 12 | THE HONORABLE JAMES DONATO<br>UNITED STATES DISTRICT JUDGE |
| 14 | 71692837v.2 |