UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  January 25, 2018            Judge:  Hon. James Donato

Time:   12 Minutes

Case No.       **C-17-03240-JD**
Case Name:   **Sapan v. Yelp, Inc.**

Attorney(s) for Plaintiff(s):      Justin Prato
Attorney(s) for Defendant(s):   Nicole V. Ozeran

Deputy Clerk:  Lisa Clark

PROCEEDINGS

Telephonic Discovery Hearing Not Reported - Held

ORDER

Pursuant to the Court's Standing Order on Civil Discovery at Paragraph 20, **lead trial counsel** for each party will appear for an in-person meet-and-confer to resolve the discovery dispute discussed in Dkt. Nos. 55, 57.  Counsel will participate in the meet-and-confer for a minimum of four hours, unless the dispute is jointly resolved more quickly.  **Failure of lead trial counsel to appear will result in sanctions, including monetary sanctions, claim or defense preclusion, and attorney discipline**.  The parties will report at 9:00 AM on 1/19/2018 to Courtroom 11 on Floor 19.  The parties must bring all responses to interrogatories or other discovery stating how Yelp obtains the phone numbers it dials.