Joshua Briones (SBN 205293)
jbriones@mintz.com
Nicole V. Ozeran (SBN 302321)
nvozeran@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East Suite 3100
Los Angeles, CA 90067
Telephone: 310-586-3200
Facsimile: 310-586-3202

Attorneys for Defendant,
YELP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN SAPAN, individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>YELP INC., a Delaware Corporation,<br><br>　　　　　Defendant. | Case No. 3:17-cv-03240-JD<br><br>Assigned Judge: The Honorable James Donato<br><br>**NOTICE OF CHANGE IN COUNSEL BY DEFENDANT YELP INC.**<br><br>Complaint Filed: June 6, 2017 |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Claire C. Newland of Mintz Levin Cohn Ferris Glovsky & Popeo PC, hereby withdraws as counsel of record for Defendant Yelp Inc. ("Defendant") in this action. Counsel of record for Defendant otherwise remains the same.

Please continue to serve Joshua Briones and Nicole V. Ozeran with all pleadings and papers in this action.

Dated: July 6, 2018

Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

*/s/ Nicole V. Ozeran*

By: Joshua Briones
Nicole V. Ozeran

Attorneys for Defendant Yelp Inc.