Matt Malone (SBN 221545)
mjm@rocklawcal.com
Jeffrey Cereghino (SBN 099480)
jbc@rocklawcal.com
ROCK LAW LLP
101 Montgomery Street, Suite 1800
San Francisco, California  94104
Telephone:  (415) 433-4949
Facsimile:  (415) 520-0308

*Attorneys for Plaintiff Jonathan Sapan*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SAPAN, <br><br> individually and on Behalf of All Others Similarly Situated <br><br> Plaintiff, <br><br> vs. <br><br> YELP, INC., a Delaware Corporation, <br><br> Defendant. | Case No.:  3:17-cv-03240 <br><br> **NOTICE OF APPEARANCE** |

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE that Matt Malone of ROCK LAW LLP, 101 Montgomery Street, Suite 1800, San Francisco, California 94104, telephone: (415) 433-4949, email: mjm@rocklawcal.com, who is admitted to practice in the State of California and before the Northern District of California, hereby appears as counsel for Plaintiff Jonathan Sapan in the above-captioned action. |

Dated: July 11, 2018          By:          */s/ Matt Malone*
                                    Matt Malone
                                    mjm@rocklawcal.com
                                    ROCK LAW LLP
                                    101 Montgomery Street, Suite 1800
                                    San Francisco, California 94104
                                    Telephone: (415) 433-4949
                                    Facsimile: (415) 520-0308

                                    *Attorneys for Plaintiff and the Proposed Class*