Matt Malone (SBN 221545)
mjm@rocklawcal.com
Jeffrey Cereghino (SBN 099480)
jbc@rocklawcal.com
ROCK LAW LLP
101 Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 433-4949
Facsimile: (415) 520-0308

*Attorneys for Plaintiff Jonathan Sapan*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SAPAN,<br><br>individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>YELP, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 3:17-cv-03240<br><br>**NOTICE OF APPEARANCE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jeffrey Cereghino of ROCK LAW LLP located at 101 Montgomery Street, Suite 1800, San Francisco, California 94104, telephone: (415) 433-4949, email: jbc@rocklawcal.com, who is admitted to practice in the State of California and before the Northern District of California, hereby appears as counsel for Plaintiff Jonathan Sapan in the above-captioned action.

Dated: July 11, 2018          By:     */s/ **Jeffrey Cereghino***
                                      Jeffrey Cereghino
                                      jbc@rocklawcal.com
                                      ROCK LAW LLP
                                      101 Montgomery Street, Suite 1800
                                      San Francisco, California 94104
                                      Telephone: (415) 433-4949
                                      Facsimile: (415) 520-0308

                                      *Attorneys for Plaintiff and the Proposed Class*