UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  July 26, 2018                                              Judge:  Hon. James Donato

Time:  14 Minutes

Case No.        **C-17-03240-JD**
Case Name       **Sapan v. Yelp, Inc.**

Attorney(s) for Plaintiff(s):     Jeffrey B. Cereghino
Attorney(s) for Defendant(s):     Nicole V. Ozeran

Deputy Clerk:  Lisa Clark
Court Reporter:  Kathy Sullivan

PROCEEDINGS

Discovery Hearing - Held

NOTES AND ORDERS

By **August 2, 2018**, the parties will meet and confer in person about the production of records relating to Yelp's sales call practices between January 2017 and July 2018, including Salesforce data relevant to whether Yelp sales representatives have called parties who ask not to be contacted or who are listed on the Do Not Call registry. The parties will file a joint statement on the status of discovery proceedings by **August 9, 2018**. The Court may extend the August 31, 2018 deadline for fact discovery as warranted.