UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SAPAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YELP, INC.,<br><br>　　　　　Defendant. | Case No. 3:17-cv-03240-JD<br><br>**AMENDED SCHEDULING ORDER** |

Pursuant to the parties' stipulation, Dkt. No. 110, the Court amends the scheduling order as follows. The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| Event | Deadline |
|---|---|
| Add parties or amend pleadings | Closed |
| Fact discovery cut-off | November 1, 2018 |
| Expert disclosures | November 1, 2018 |
| Expert reports | November 1, 2018 |
| Expert rebuttal reports | November 29, 2018 |
| Expert discovery cut-off | December 14, 2018 |
| Last day to file dispositive and *Daubert* motions | December 21, 2018 |
| Pretrial conference | March 21, 2019 at 1:30 PM |

| Event | Deadline |
|---|---|
| Jury Trial | April 11, 2019 at 9:00 AM |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: September 11, 2018

_____
JAMES DONATO
United States District Judge