Christopher J. Reichman  SBN 250485
Justin Prato SBN 246968
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, CA 92123
Telephone: 619-886-0252
Email: JustinP@prato-reichman.com

Jeffrey Cereghino (SBN 099480)
jbc@rocklawcal.com
ROCK LAW LLP
101 Montgomery Street, Suite 1800
San Francisco, California  94104
Telephone:  (415) 433-4949
Facsimile:  (415) 520-0308

*Attorneys for Plaintiff Jonathan Sapan*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SAPAN,<br><br>individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>YELP, INC., a Delaware Corporation,<br><br>Defendant. | Case No.:  3:17-cv-03240<br><br>**PLAINTIFF'S RULE 26 (A)(2)(C) DISCLOSURES** |

Pursuant to Rule 26 (a)(2)(C) Plaintiff Jonathan Sapan, makes the following disclosures statement :

At this time Plaintiff is unable to formulate a disclosure of expert witness while class certification is pending.  The reason is until Plaintiff learns whether a class is certified, or a modified class is certified, or no class is certified determining the extent of an expert's scope of work is impossible. Plaintiff respectfully requests that the Court continue the Rule 26(a)(2)(c) disclosure be governed by Rule 26 (a)(2)(D)(i), which requires that parties disclose experts 90 days before trial.

In the alternative Plaintiff discloses the non-expert witnesses who will testify as to their factual analysis of the calls made by Defendant Yelp in violation of the TCPA are:

1. David Blum  (Cereghino Law Group)

    a. 101 Montgomery St. Suite 1800 San Francisco Ca. 94104

    b. Mr. Blum is a certified paralegal.

    c. Mr. Blum has no prior testimony, either at trial or in deposition as a witness.

    d. Mr. Blum will testify regarding his factual comparison of calls made by Defendant that pursuant to Defendant's own records and/or in comparison to the National DNC Registry.

    e. Mr. Blum is a salaried employee and receives no extra compensation for his analysis.

Plaintiff reserves the right to supplement this disclosure subject to the Court's permission to extent expert disclosure to 90 days before the scheduled or rescheduled trial date or as rebuttal experts  to Defendant's Rule 26 (2)(D)(ii).

Dated:  November 1, 2018        By:      */s/ Jeffrey Cereghino*
                                                 Jeffrey Cereghino (SBN 099480)
                                                 jbc@rocklawcal.com
                                                 Matt Malone (SBN 221545)
                                                 mjm@rocklawcal.com
                                                 ROCK LAW LLP
                                                 101 Montgomery Street, Suite 1800
                                                 San Francisco, California  94104
                                                 Telephone:  (415) 433-4949
                                                 Facsimile:  (415) 520-0308

1
2
3
4

Christopher J. Reichman  SBN 250485
Justin Prato SBN 246968
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, CA 92123
Telephone: 619-886-0252
Email: JustinP@prato-reichman.com

5   *Attorneys for Plaintiff and the Proposed Class*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27