Joshua Briones (SBN 205293)
jbriones@mintz.com
Nicole V. Ozeran (SBN 302321)
nvozeran@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East Suite 3100
Los Angeles, CA 90067
Telephone:  310-586-3200
Facsimile:   310-586-3202

Attorneys for Defendant
YELP INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN SAPAN, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>vs.<br><br>YELP INC., a Delaware Corporation,<br><br>Defendant. | Case No.  3:17-cv-03240-JD<br><br>**YELP INC.'S NOTICE REGARDING SUBMITTED MATTER**<br><br>**CIVIL LOCAL RULE 7-13**<br><br>Judge:        Honorable James Donato<br><br>Complaint Filed:  June 6, 2017 |

Pursuant to Civil L.R. 7-13, Defendant Yelp Inc. ("Yelp") respectfully submits this Notice Regarding Submitted Matter to alert the Court to the matter that has been under submission for more than 120 days.

///

///

///

///

///

///

///

1 On February 28, 2018, Yelp filed its Motion for Summary Judgment. ECF No. 64. On April 6, 2018, the Court vacated the hearing on Yelp's Motion for Summary Judgment and took the matter under submission. ECF No. 86. Yelp's Motion for Summary Judgment has been under submission for more than 120 days.

Dated:  November 8, 2018                    Respectfully submitted,

                                            MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

                                            /s/ Nicole V. Ozeran
                                                Joshua Briones
                                                Nicole V. Ozeran

                                                Attorneys for Defendant,
                                                YELP INC.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I filed the foregoing electronically on November 8, 2018, with the Clerk of the United States District Court in the CM/ECF system, which will serve a notice of the filing upon all counsel or parties of record on the Service List below.

**YELP INC.'S NOTICE REGARDING SUBMITTED MATTER**

| | |
|---|---|
| Justin M. Prato<br>jmprato@gmail.com<br>Christopher James Reichman<br>chrisr@prato-reichman.com | *Attorneys for Plaintiff* |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 8, 2018 at Los Angeles, California.

*/s/ Nicole V. Ozeran*
Nicole V. Ozeran