Jeffrey B. Cereghino (SBN 099480)
jbc@rocklawcal.com
The Cereghino Law Group
101 Montgomery Street
Suite 1800
San Francisco, CA 94104
Telephone: 415.433.4949

Christopher J. Reichman (SBN 250485)
chrisr@prato-reichman.com
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, CA 92123
Telephone: 619-683-7971

Attorney for Plaintiff
JONATHAN SAPAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SAPAN,<br><br>individually and on Behalf of All Others<br>Similarly Situated<br><br>            Plaintiff,<br><br>   v.<br><br>YELP INC., a Delaware Corporation,<br><br>       Defendant. | Case No.: 3:17-cv-03240-JD<br><br>**[PROPOSED] ORDER AND JOINT REQUEST RE: PLAINTIFF'S CLASS CERTIFICATION MOTION**<br><br>Judge: Hon. James Donato |

Pursuant to the Order of the Court of November 18, 2018 (Docket No. 115), Plaintiff Jonathan Sapan, on behalf of himself and all others similarly situated ("Plaintiff"), and Defendant Yelp Inc. ("Yelp"), through their respective counsel hereby jointly request that the Court set Plaintiff's Motion for Class Certification for hearing on February 7, 2019.

1    DATED:  January 7, 2019                    **ROCK LAW LLP**

2                                               /s/ Jeffrey Cereghino, Esq.
                                                Jeffrey Cereghino, Esq.
3                                               Attorneys for Plaintiff,
                                                JONATHAN SAPAN, individually
4                                               and on Behalf of All Others Similarly
                                                Situated
5

6    DATED:  January 7, 2019                    **MINTZ, LEVIN, COHN, FERRIS,**
                                                **GLOVSKY AND POPEO, P.C.**
7

8                                               /s/ Nicole Ozeran, Esq.
                                                Nicole Ozeran, Esq.,
9                                               Attorneys for Defendant,
                                                YELP INC.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order and Joint Request RE Class Certification Scheduling

## **SIGNATURE ATTESTATION**

In compliance with CAND ECF Policies and Procedures regarding Stipulations and Other Documents Requiring Multiple Signatures, I hereby attest that I have obtained the concurrence in the filing of this document from all signatories.

DATED:  January 7, 2019                              **ROCK LAW LLP**

                                                     /s/ Jeffrey Cereghino, Esq.
                                                     Jeffrey Cereghino, Esq.
                                                     Attorneys for Plaintiff,
                                                     JONATHAN SAPAN, individually
                                                     and on Behalf of All Others Similarly
                                                     Situated

[Proposed] Order and Joint Request RE Class Certification Scheduling

1

**[PROPOSED] ORDER**

2

     Based on the foregoing joint request, and good cause appearing therefore, the Court

3

Orders that Plaintiff's Class Certification motion will be heard on February 7, 2019 at _____.

4

5

     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

6

7

DATED: _____

               _____

8

               Hon. James Donato
               U.S. District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order and Joint Request RE Class Certification Scheduling