UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: February 7, 2019      Judge: Hon. James Donato

Time: 38 Minutes

Case No.    **C-17-3240-JD**
Case Name    **Sapan v. Yelp, Inc.**

Attorney(s) for Plaintiff(s):    Jeffrey B. Cereghino/Justin M. Prato/Christopher J. Reichman
Attorney(s) for Defendant(s):    Nicole V. Ozeran/Joshua Briones

Deputy Clerk: Angella Meuleman      Court Reporter: Belle Ball

### PROCEEDINGS

Class Certification Motion Hearing - Held

### NOTES AND ORDERS

The motion for class certification is terminated without prejudice. Plaintiff may file an amended motion for class certification by April 8, 2019. The amended motion should address the Court's concerns, as stated on the record.

The case is stayed, and all remaining pre-trial and trial deadlines are vacated pending further order.