Jeffrey Cereghino (SBN 099480)
jbc@cereghinolaw.com
CEREGHINO LAW GROUP
649 Mission Street, 5th Floor
San Francisco, California 94105
Telephone:  (415) 433-4949

*Attorneys for Plaintiff Jonathan Sapan*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SAPAN, <br><br> individually and on Behalf of All Others Similarly Situated <br><br> Plaintiff, <br><br> vs. <br><br> YELP, INC., a Delaware Corporation, <br><br> Defendant. | Case No.:  3:17-cv-03240 <br><br> **REQUEST TO SCHEDULE A CASE MANAGEMENT CONFERENCE** |

Plaintiff Jonathan Sapan moves this Court schedule a Case Management Conference at its earliest convenience. This Request is based on the attached Declaration of Jeffrey Cereghino and the records on file herein.

## I.   INTRODUCTION

Plaintiff, Jonathan Sapan, on behalf of himself and similarly situated putative class members, requests that this Court scheduled a Case Management Conference.  On September 30, 2020, this Court administratively closed this case pending resolution of the class certification motion.

Plaintiff communicated with counsel for Defendant Yelp to suggest a joint request for a CMC.  That invitation was rejected. *See* Declaration of Jeffrey Cereghino ("JBC Decl") ¶4.

The purpose of the CMC is simple: to ensure that the Court has all the information it needs to rule upon the pending class certification motion, and to schedule any future events which will allow counsel to adequately organize their calendars.

## II.   PROCEDURAL STATUS

As previously stated, there is a pending class certification motion.  The Court held a hearing on February 7, 2019 to hear oral argument on the certification Motion (ECF docket no. 117). Following the hearing, the Court requested additional briefing from both parties (ECF docket no. 118)

The parties completed the requested briefing and provided it to the Court on April 8, 2019.

On 9/30/2020 the parties received the following electronic order:

**ORDER. The case is administratively closed pending resolution of the class certification motion. Signed by Judge James Donato on 9/30/2020.  *(This is a text-only entry generated by the court. There is no document associated with this entry.)* \*\*\*Civil Case Administratively Closed. (jdlc2S, COURT STAFF) (Filed on 9/30/2020)**

1      Plaintiff requests the Court re-open the case and set a status conference.

2

3      Dated:  April 14, 2021     By:       ***/s/ Jeffrey Cereghino***

4                        Jeffrey Cereghino

5                        jbc@cereghinlaw.com
CEREGHINO LAW GROUP
649 Mission Street, 5th Floor

6                        San Francisco, California  94105
Telephone:  (415) 433-4949

7                        *Attorneys for Plaintiff and the Proposed Class*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27