Christopher J. Reichman  SBN 250485
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, CA 92123
Telephone: 619-683-7971
Email: chrisr@prato-reichman.com

Attorney for Plaintiff
JONATHAN SAPAN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SAPAN,<br>individually and on Behalf of All Others Similarly Situated<br><br>            Plaintiff,<br>     vs.<br><br>YELP INC., a Delaware Corporation,<br><br>            Defendant. | Case No.: 8:17-cv-03240-JD<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. James Donato<br>Pre-hearing: June 2, 2022 1:30 pm<br>Trial: June 20, 2022 9:00 am |

Notice of Settlement

- 2 -

Comes now Plaintiff JONATHAN SAPAN, to notify the Court the parties have reached settlement of the material issues in dispute in the above captioned case and plan file a Joint Motion To Dismiss The Entire Case With Prejudice within thirty (30) days from today.  The Parties will file a request for dismissal with prejudice upon final settlement.  The Parties respectfully request the Court take all currently pending dates off calendar and set a status conference for approximately thirty (30) days from today to ensure dismissal is filed within the expected time frame.

DATED:  May 17, 2022                              **PRATO & REICHMAN, APC**

/s/ Christopher J. Reichman, Esq.
Christopher J. Reichman, Esq.,
Attorneys for Plaintiff,
JONATHAN SAPAN, individually
and on Behalf of All Others Similarly
Situated

DATED:  May 17, 2022                              **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

/s/ E. Crystal Lopez, Esq.
Joshua Briones, Esq.
E. Crystal Lopez, Esq.,
Attorneys for Defendant,
YELP INC.

- 3 -

## ATTESTATION

I hereby attest that E. Crystal Lopez, Esq., has given me approval to affix her electronic signature to this joint report. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  May 17, 2022                           **PRATO & REICHMAN, APC**

                                               /s/ Christopher J. Reichman, Esq.
                                               Christopher J. Reichman, Esq.,
                                               Attorneys for Plaintiff,
                                               JONATHAN SAPAN, individually
                                               and on Behalf of All Others Similarly
                                               Situated

# CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on the date below.

__X__ Via ECF

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067

DATED:  May 17, 2022                                **PRATO & REICHMAN, APC**

/s/ Christopher J. Reichman, Esq.
Christopher J. Reichman, Esq.,
Attorneys for Plaintiff,
JONATHAN SAPAN, individually
and on Behalf of All Others Similarly
Situated