## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| JONATHAN SAPAN, individually and on Behalf of others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>YELP INC. a Delaware Corporation,<br><br>Defendants. | Case No.:  3:17-cv-03240-JD<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**(FED. R. CIV. P. 41 (a)(1)(A)(ii))**<br><br>Case Assigned to Hon. James Donato<br>Dept:  11<br><br>Complaint Filed:  June 6, 2017 |
|---|---|

Pursuant to the Parties' Stipulation of Dismissal With Prejudice, and good cause appearing therefore, **IT IS HEREBY ORDERED** that:

1. The above-captioned case is dismissed in its entirety against Defendant with prejudice.
2. All upcoming hearings and deadlines are vacated and the case is terminated.

**IT IS SO ORDERED**.

Dated:  June 15, 2022

_____
HONORABLE JAMES DONATO
U.S. DISTRICT COURT JUDGE